No. 02–176.  CROUCH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–178.  BARBOZA *v.* MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 02–184.  ANDERSON, DBA M. X. EXPRESS *v.* INDIANA DEPARTMENT OF STATE REVENUE.  Tax Ct. Ind.  Certiorari denied.

No. 02–186.  EVANS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–192.  LUNA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–208.  CARLSON *v.* GENERAL ELECTRIC CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–211.  IRALA *v.* CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 02–212.  GREEN ET AL. *v.* CBS BROADCASTING INC. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–221.  MONTALBAN *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 02–224.  KNOX *v.* POTTER, POSTMASTER GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 02–225.  LERMAN *v.* ARI, ACTING DIRECTOR, NEW JERSEY DIVISION OF MOTOR VEHICLES.  C. A. 3d Cir.  Certiorari denied.

No. 02–229.  EQUALS INTERNATIONAL, LTD. *v.* SCENIC AIRLINES.  C. A. 9th Cir.  Certiorari denied.

No. 02–231.  XIANGYUAN ZHU *v.* BUNTING ET AL.  Ct. App. Kan.  Certiorari denied.